IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE BURRELL,<br>*Plaintiff* | § § § § | Civil Action No: 3:15-CV-3568-B |
| v. | § § § | Complaint for Accommodation<br>Discrimination Under the A.D.A. |
| ALFRED AKINOLA;<br>VICTORIA F. AKINOLA; and<br>NAAMAN COMMUNITY<br>HEALTH SERVICES, INC.,<br>*Defendants* | § § § § § | JURY TRIAL |

## ORDER OF COURT

Plaintiff's Unopposed Motion for Entry of a Consent Decree and to Dismiss Remaining State Law Claim has been heard and considered. The Court is of the opinion that it is well founded and should be granted.

*It is therefore ordered that:*

Within six (6) months from the date of the Consent Decree, Defendants shall:

1. Put a sign on the front door for Naaman Community Health Services, Inc. and remove any signage for the business on the backside of the building.
2. Mark and designated two (2) accessible parking spaces at the front entrance to the building.
3. Provide an accessible route from the parking area into the building at the front entrance.
4. Ensure that actions taken pursuant to the Agreement and Consent Decree are ADA compliant under the new construction standards.
5. Have the modifications completed under this Agreement inspected and approved for compliance with the new construction standards under the ADA.

*It is further ordered that* Plaintiff's claim under State law is hereby dismissed without prejudice.

Signed and entered this __27th__ day of __July__, 2017 by,

_____
The Honorable U.S. District Judge Presiding

*ORDER OF COURT*