IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE BURRELL,<br>*Plaintiff* | § § § § § § § § § § § | Civil Action No: 3:15-CV-3568-B |
| v. | | Complaint for Accommodation<br>Discrimination Under the A.D.A. |
| ALFRED AKINOLA;<br>VICTORIA F. AKINOLA; and<br>NAAMAN COMMUNITY<br>HEALTH SERVICES, INC.,<br>*Defendants* | | JURY TRIAL |

## ORDER OF COURT & FINAL JUDGMENT

Plaintiff's Motion for Entry of a Final Order has been heard and considered. The Court is of the opinion that it is well founded and should be granted.

*It is therefore ordered that Defendants shall:*

Within six (6) months from the 27th of July, 2017:

1. Put a sign on the front door for Naaman Community Health Services, Inc. and remove any signage for the business on the backside of the building.
2. Mark and designated two (2) accessible parking spaces at the front entrance to the building.
3. Provide an accessible route from the parking area into the building at the front entrance.
4. Ensure that actions taken pursuant to the Agreement and Consent Decree are ADA compliant under the new construction standards.
5. Have the modifications completed under this Agreement inspected and approved for compliance with the new construction standards under the ADA.

*ORDER OF COURT*

Signed and entered this __24th__ day of __Aug__, 2017 by,

_____
The Honorable U.S. District Judge Presiding

*ORDER OF COURT*